presence and identity of witnesses to an event in controversy. Order reversed, with $10 costs, and defendant directed to answer the inquiry on identity. Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ., concur.

## (May 17, 1956)

■ In the Matter of the Claim of Joseph E. Rizzo, Jr., Appellant, against Syracuse University et al., Respondents. Workmen's Compensation Board, Respondent.— Decision of this court, handed down May 16, 1956, amended to read as follows: Decision reversed, with costs to appellant against the employer and insurance carrier, and claim remitted to the Workmen's Compensation Board for further consideration. Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ., concur. [See *ante*, p. 641.]

## Fourth Department, May, 1956

## (May 2, 1956)

■ The People of the State of New York ex rel. Gerard Dennis, Appellant, against Robert E. Murphy, as Warden of Auburn Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Cayuga Special Term dismissing the writ of habeas corpus and remanding relator to the custody of the Warden of Auburn Prison.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ Dorothea G. Hidy, as Administratrix of the Estate of George A. Hidy, Deceased, Appellant, v. State of New York, Respondent. (Claim No. 30530.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of the Court of Claims dismissing a claim for damages for the death of claimant's intestate and for conscious pain and suffering, alleged to have resulted from negligent distribution of blood plasma.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ. [207 Misc. 207.]

■ The People of the State of New York, Respondent, v. Eugene B. McCann, Doing Business under the Name of McCann Building & Management Fund, Appellant.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Erie Equity Term restraining defendant from engaging in the sale of securities within the State of New York.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ Ann Allen, Respondent, v. State of New York, Appellant. (Claim No. 30894.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment of the Court of Claims for claimant on a claim for property damage alleged to have resulted by reason of flood control operation.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ. [208 Misc. 385.]

■ Horace Allen, Respondent, v. State of New York, Appellant. (Claim No. 30895.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment of the Court of Claims for claimant on a claim for property damage alleged to have resulted by reason of flood control operation.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ. [208 Misc. 385.]